In the Matter of the Probate of the Will of ANNIE LINK, Deceased.

EDITH L. SALTER et al., Appellants; CLAUDINE TOBIN et al., as Executors of ANNIE LINK, Deceased, Respondents.

(Argued October 8, 1935; decided October 22, 1935.)

Harold R. Medina, Benjamin H. Trask, Joseph A. Beehan, James D. Carroll, John W. Jordan and William E. Beehan for appellants.

Hugo Wintner, Robert J. Fox, John G. Markey and Edwin C. Mulligan for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not voting: CROUCH, J.